# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21-MJ-00332 |
| Plaintiff, | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| HARVEY T. CULBRETH, | : | |
| Defendant. | : | |

## BINDOVER ORDER

This matter was set for preliminary examination on September 16, 2021.  Upon the evidence adduced, the Court finds there is probable cause to believe Defendant committed the offense alleged in the Complaint and orders that he be bound over to the grand jury to answer that charge.

September 16, 2021  

  *s/Sharon L. Ovington*  
Sharon L. Ovington  
United States Magistrate Judge